# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Andrew B. Clubok
To Call Writer Directly:
(202) 879-5173
andrew.clubok@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/13

April 24, 2012

RECEIVED
APR 24 2013
JUDGE SWEET CHAMBERS

**VIA FACSIMILE**
(212) 805-7925

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *In re Facebook, Inc., IPO Securities and Derivative Litigation*
            12-md-02389 (RWS)

Dear Judge Sweet:

We represent Facebook, Inc. and its officers and directors in the above-referenced litigation. As your honor is aware, the Facebook Defendants and the Underwriter Defendants intend to file a joint motion to dismiss the consolidated complaint in the securities actions on April 30. Defendants respectfully request that the Court extend the page limit for the memorandum in support of that motion to fifty-five pages. We believe this extension is appropriate because the memorandum must respond to a seventy-eight page complaint and is being filed on behalf of several defendants who could have filed separate briefs.

We have conferred with counsel for Plaintiffs, who consent to this request.

So ordered
Sweet
USDJ
4.25.13

Sincerely,

Andrew B. Clubok
Kirkland & Ellis LLP
Counsel for Facebook, Inc.

Chicago    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai

# KIRKLAND & ELLIS LLP

The Honorable Robert W. Sweet
April 24, 2012
Page 2

cc:

Steven B. Singer
John J. Rizio-Hamilton
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

Thomas A. Dubbs
James W. Johnson
Louis Gottlieb
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

David Kessler
Darren J. Check
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: (610) 667-7706
Fax: (601) 667-7056

Steven E. Fineman
Daniel P. Chiplock
Lieff Cabraser Heimann & Bernstein
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: (212) 355-9500
Fax: (212) 355-9592

# KIRKLAND & ELLIS LLP

The Honorable Robert W. Sweet
April 24, 2012
Page 3


Richard D. Bernstein
Elizabeth J. Bower
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, DC 20006
Telephone: (202) 303-1000
Fax: (202) 303-2000

Tariq Mundiya
Todd G. Cosenza
Sameer Advani
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Fax: (212) 728-8111

James P. Rouhandeh
Charles S. Duggan
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800